IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TRANSCONTINENTAL REFRIGERATED
LINES, INC.                                              PLAINTIFF

    vs.        CASE No. 05-CV-6014

JAMES L. PERON, JR., AMERICAN
AUTOMOBILE INSURANCE COMPANY,
and JAMES EDWARD WETHINGTON,
Administrator of the Estate of
Peggy Wethington, Deceased                               DEFENDANTS

## **ORDER**

Now on this 3rd day of November, 2005, there comes on for consideration the above-styled and numbered cause. In accordance with the Motion for Voluntary Nonsuit (#12) filed on November 1, 2005, and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

                                                /S/ Robert T. Dawson
                                                  Robert T. Dawson
                                                  United States District Judge